to the United States Emergency Court of Appeals denied. *Mr. Eliot C. Lovett* for petitioners. *Solicitor General Fahy* and *Mr. Richard H. Field* for respondent. 

No. 434. BAKER OIL TOOLS, INC. ET AL. *v.* CROWELL. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alan W. Davidson* for petitioners.

No. 435. MUTUAL LIFE INSURANCE Co. *v.* HAMILTON. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John G. McKay* for petitioner. *Mr. Dewey Knight* for respondent.

No. 436. BOLIVIAN INTERNATIONAL MINING CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John F. Condon, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. J. Louis Monarch* and *Walter J. Cummings, Jr.* for respondent.

No. 437. ROSCHEK *v.* WILLIAMSON. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Eli F. Seebirt* and *Orlo R. Deahl* for petitioner. *Mr. Shepard J. Crumpacker* for respondent.